INTERNATIONAL-MADISON BANK AND TRUST COMPANY, Appellant, *v.* EAGLE INDEMNITY COMPANY et al., Respondents.

(Argued June 3, 1931; decided July 15, 1931.)

*Morris Hillquit* for appellant.

*Selden Bacon, Howard Myers* and *Saul S. Myers* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.